IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SAMUEL VAUGHN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| VS. | ) | |
| | ) | 3:25-CV-3284-G-BW |
| JOHN DOE 1-10, ET AL., | ) | |
| | ) | |
| Defendants. | ) | |

### ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation ("FCR") in this case. No objections were filed. The District Judge reviewed the FCR for plain error. Finding none, the court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge. Accordingly, the defendant HD Carrier, LLC's motion to set aside the entry of default (docket entry 31) is **GRANTED**.

**SO ORDERED.**

July 9, 2026.

_____
**A. JOE FISH**
**Senior United States District Judge**